UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **BALBIR SINGH,** | } |
| Petitioner, | } |
| v. | } Case No.: 4:17-cv-01793-RDP-JHE |
| **JEFF SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, et al.,** | } |
| Respondents. | } |

## ORDER

This matter is before the court on Petitioner's Petition for Writ of Habeas Corpus. (Doc. # 1). For the reasons explained in the Memorandum Opinion entered contemporaneously herewith, the court concludes that the Petition (Doc. # 1) is **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this May 7, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE